AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| KICVENTURES LLC and<br>NANISX LLC,<br><br>*Plaintiff(s)*<br><br>v.<br><br>SI-BONE, INC. and<br>JFK MEDICAL CENTER LIMITED PARTNERSHIP<br>d/b/a HCA FLORIDA JFK HOSPITAL,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 9:26-cv-80811-EA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SI-BONE, INC.
c/o Registered Agent, Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Guy A. Rasco, Esq.
DEVINE GOODMAN & RASCO, LLP
3191 Grand Avenue
P.O. Box 330032
Miami, FL 33233-0032

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Date:  Jul 10, 2026

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

|  |  |  |
|---|---|---|
| KICVENTURES LLC and NANISX LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.  9:26-cv-80811-EA |
| SI-BONE, INC. and JFK MEDICAL CENTER LIMITED PARTNERSHIP d/b/a HCA FLORIDA JFK HOSPITAL, | | |
| *Defendant(s)* | | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JFK MEDICAL CENTER LIMITED PARTNERSHIP c/o
Registered Agent, CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Guy A. Rasco, Esq.
DEVINE GOODMAN & RASCO, LLP
3191 Grand Avenue
P.O. Box 330032
Miami, FL  33233-0032

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jul 10, 2026

Angela E. Noble
Clerk of Court

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts